# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2010

Marilyn Kelly,
Chief Justice

140514-5

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 140514-5
                                         COA: 276423; 276904
                                         Wayne CC: 06-008941-01

ARTHUR RONALD HAILEY, III,
      Defendant-Appellant.
                                             06-008939-01

_____/

      On order of the Court, the application for leave to appeal the December 17, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether trial counsel was ineffective for any of the reasons asserted by the defendant.

      The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2010
                                                   Clerk

0608